# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-1077
_____

SERGIO SANTOYO-CARDENAS,

    Appellant,

    v.

CULPEPPER CONSTRUCTION
COMPANY, INC., STANLEY SMITH
DRYWALL, INC., MASONRY, INC.,
LIBERTY MUTUAL FIRE
INSURANCE COMPANY, AMERICAN
INTERSTATE INSURANCE
COMPANY, NATIONAL UNION
FIRE INSURANCE CO. OF
PITTSBURGH, PA/SEDGWICK,

    Appellees.

_____


On appeal from the Office of the Judges of Compensation Claims.
Jacquelyn L. Newman, Judge.

Date of Accident:  March 11, 2021.

                 January 12, 2026

PER CURIAM.

    AFFIRMED.

LEWIS, RAY, and BILBREY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Randall T. Porcher and Natalie A. Cavallaro of Morgan & Morgan, Tallahassee, for Appellant.

Richard M. Stoudemire and Dino Jahic of HR Law, P. A., Orlando, for Appellees; Hinda Klein and Jesse Dyer of Conroy Simberg, Hollywood; Kimberly K. Berman and Heather B. Carbone of Marshall Dennehey, P. C., Fort Lauderdale, for Appellees.